[No. 70749-3-I.   Division One.   October 6, 2014.]

JANET SAARELA, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-30927-2, Monica J. Benton, J., entered July 15, 2013. *Affirmed* by unpublished opinion per Leach, J., concurred in by Becker and Trickey, JJ.

[No. 70853-8-I.   Division One.   October 6, 2014.]

MONIKA GLOVER, *Appellant*, v. SYLVIA WEBER, *Individually and as Guardian, Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 12-2-07303-0, George N. Bowden, J., entered August 21, 2013. *Reversed* and *remanded with instructions* by unpublished opinion per Appelwick, J., concurred in by Dwyer and Trickey, JJ.

[No. 70897-0-I.   Division One.   October 6, 2014.]

*In the Matter of the Dependency of* M.J.Z.

CHRISTOPHER RUST, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 13-7-04135-7, Hollis R. Hill, J., entered August 15, 2013. *Reversed* and *remanded with instructions* by unpublished opinion per Trickey, J., concurred in by Spearman, C.J., and Appelwick, J.